UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
<u>CHAPTER 13 PLAN (Individual Adjustment of Debts)</u>

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
DEBTOR: __Marise Nunez De Gonzalez__ JOINT DEBTOR:_____ CASE NO. 16-26492 RAM
Last Four Digits of SS# ___5958___   Last Four Digits of SS# _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___36___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $___150.00___ for months ___1___ to ___36___;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: N/W  Attorney's Fee -$ 3,500.00 +150.00 Costs = $3,650.00   TOTAL PAID $ 1,100.00
Balance Due - $2,550.00   payable $ 127.50 /month   (Months __1__ to __20__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____   Arrearage on Petition Date  $_____
Address: _____   Arrears Payment  $_____/month  (Months ___ to ___)
         _____   Regular Payment  $_____/month  (Months ___ to ___)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0.00% | $0.00 | __1__ To __36__ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $_____
                         Payable  $_____/month  (Months_____ to _____)

Unsecured Creditors:  Pay $ 7.50 month (Months 1 to 20 ), $ 135.00 month (Months 21 to 36 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/ Marise Nunez_____
Debtor
Date: ___12/13/2016___

LF-31 (rev. 01/08/10)