UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __1st AP__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
DEBTOR: __Marise Nunez De Gonzalez__ JOINT DEBTOR: ____________ CASE NO.: __16-26492-RAM__
Last Four Digits of SS# __5958__ Last Four Digits of SS# ________

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $__150.00__ for months __1__ to __36__;
B. $________ for months ______ to ______;
C. $________ for months ______ to ______; in order to pay the following creditors:

Administrative: Attorney's Fee -$ 3,500.00 +150.00 Costs = $3,650.00 TOTAL PAID $ 1,100.00
Balance Due - $2,550.00 payable $ 127.50 /month (Months __1__ to __20__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. ________________________ Arrearage on Petition Date $__________
Address: ____________________ Arrears Payment $_____/month (Months ___ to ___)
____________________ Regular Payment $_____/month (Months ___ to ___)
Account No: ________________

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | 0.00% | $0.00 | __1__ To __36__ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. ____________________ Total Due $________
Payable $________/month (Months______ to _____)

Unsecured Creditors: Pay $ 7.50 month (Months 1 to 20 ), $ 135.00 month (Months 21 to 36 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Chase Auto (2014 Kia) is being paid outside the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s
Debtor
Date: 12/27/2016